TELECHRON, Inc., and General Electric Company, Plaintiffs-Appellees,

v.

Anthony J. PARISSI, Defendant-Appellant.

No. 156, Docket 23120.

United States Court of Appeals Second Circuit.

Argued Dec. 21, 1955.

Decided Feb. 3, 1956.

Andros & Smith, Albany, N. Y. (Harry A. Smith, Albany, N. Y., of counsel), for defendant-appellant Parissi.

Whalen, McNamee, Creble & Nichols, Albany, N. Y. (Charles H. Walker and Henry J. Zafian, New York City, of counsel), for plaintiffs-appellees.

Before FRANK, HINCKS and LUMBARD, Circuit Judges.

PER CURIAM.

We affirm on the opinion and findings of Judge Foley. D.C., 120 F.Supp. 235.

UNITED STATES of America, Plaintiff-Appellee,

v.

MANUFACTURERS CASUALTY INSURANCE COMPANY, Defendant-Appellant.

No. 244, Docket 23887.

United States Court of Appeals Second Circuit.

Argued Feb. 8, 1956.

Decided Feb. 8, 1956.

Fred Flatow, New York City, for defendant-appellant.

Paul W. Williams, U. S. Atty. for Southern District of New York, New York City (Maurice N. Nessen and Arthur B. Kramer, Asst. U. S. Attys., New York City, of counsel), for plaintiff-appellee.

Before MEDINA and WATERMAN, Circuit Judges.

PER CURIAM.

Order affirmed in open court.